```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------- x

UNITED STATES OF AMERICA
                                                    DECLARATION
       - against -                                  No. 23-129, 23-6148

ANTOANETA IOTOVA

------------------------------------------------------------- x
```

ELIZABETH M. JOHNSON hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice before this Court and am appointed pursuant to the Criminal Justice Act to represent Antoaneta Iotova in this matter.

2. I make this declaration in support of my motion to be relieved as CJA counsel on the ground that I believe that a petition for certiorari in this case has no likelihood of success.

3. I was appointed to represent Ms. Iotova on June 23, 2023. Her appeal was fully briefed by all parties as of April 17, 2024; oral argument was held on December 5, 2024; and the appeal denied by summary order on December 23, 2024.

4. I emailed a copy of the decision to Ms. Iotova on December 23. She is not incarcerated; her sentence was to time served and she was released before I was appointed to represent her. My communication with her during my representation has been via email or telephone.

5. On December 24, Ms. Iotova informed me by email that she wished to seek review from the Supreme Court. I told her that I would therefore move to be relieved as counsel because I did not believe there was a non-frivolous basis for seeking Supreme Court review.

6. On December 24, I also provided Ms. Iotova by email with links to the Supreme Court's general procedures and additionally to its specific guidance provided for individuals seeking certiorari *in forma pauperis* and/or *pro se*. I also informed her that the deadline for seeking certiorari was 90 days from the date of the decision, before March 22, 2025.

7. The bases for Ms. Iotova's appeal of her conviction were challenges to evidentiary rulings by the trial court, including admission of hearsay, lay opinion testimony, and evidence of uncharged bad acts, as well as exclusion of certain exculpatory evidence. I do not believe these issues are proper for review by certiorari, as the Court of Appeals' decision is not "in conflict with the decision of another United States court of appeals on the same important matter," Sup. Ct. R. 10(a), nor does it call for the Supreme Court to exercise its supervisory power or to address an important or unresolved issue of federal law.

8. AUSA Nathan Rehn has informed me the government does not intend to oppose this motion.

9. I have served a copy of this motion and supporting declaration on Ms. Iotova by email and by mail to 55 West End Avenue, Apt. 4E, New York, NY, which she told me is her mailing address. I also informed her today by phone, email, and letter that if she wished to oppose this motion she could make her own submission to the Court.

10. If this motion is granted, I will again inform Ms. Iotova of the procedure for filing a petition *pro se* and provide any other assistance to her that may be directed by the Court.

WHEREFORE, I respectfully request that the Court enter an Order relieving me as appointed counsel to Ms. Iotova.

I declare under penalty of perjury that the foregoing is true and correct.

_____
ELIZABETH M. JOHNSON

Executed on January 6, 2025

3